## GABRIEL GODFROY, JR., *versus* ANDREW CALHOON

JOURNAL ENTRIES (1823): *Journal 3:* (1) Discontinued *p. 396.
PAPERS IN FILE: (1) Precipe for certiorari; (2) affidavit for certiorari, allowance; (3) agreement and precipe for discontinuance.
*1822–23 Calendar*, MS p. 117.

## HENRY SANDARS *versus* ANDREW WESTBROOK

JOURNAL ENTRIES (1823): *Journal 3:* (1) Discontinued *p. 396.
PAPERS IN FILE: (1) Petition for certiorari; (2) affidavit for certiorari, allowance; (3) precipe for certiorari.
*1822–23 Calendar*, MS p. 118.

## HENRY SANDARS *versus* ANDREW WESTBROOK

JOURNAL ENTRIES (1823–25): *Journal 3:* (1) Rule to assign errors *p. 396.
*Journal 4:* (2) Judgment reversed MS p. 41.
PAPERS IN FILE: (1) Petition and affidavit for certiorari, allowance; (2) precipe for certiorari; (3) writ of certiorari and return; (4) J. P. papers— (a) copy of writ of execution; (b) copy of notice of intention to remove case by certiorari; (c) copy of writ of supersedeas; (d) copy of writ of supersedeas; (e) testimony of Henry Cottrell; (f) statement of accounts; (g) notice to constable; (5) assignment of errors; (6) joinder in error; (7) precipe for execution for costs; (8) memo. re payment of costs.
*1822–23 Calendar*, MS p. 119. Recorded in *Book B*, MS pp. 525–28.